STANDARD OIL COMPANY OF NEW YORK, Respondent, v. JOSEPH GLANTZ, Doing Business under the Firm Name and Style of the " GLANTZ AUTO PRODUCTS," Appellant.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MOSES STERN, Appellant, v. FRANK J. VITALE and CLARA H. VITALE, Respondents.— Order granting motion to reduce bail reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The record discloses that a similar motion for the same relief has been previously denied at a Special Term held by another justice (*Heischober* v. *Polishook*, 152 App. Div. 193) and that this court has heretofore heard and denied a similar application on a writ of habeas corpus. Furthermore, a sum in excess of $80,000 is alleged to have been converted by defendant Frank J. Vitale, and the bail fixed ($20,000) is, under the circumstances, proper. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

MAX STONE, Appellant, v. COLONIAL MANSION, INC., Respondent.— Judgment reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event, upon the ground that the plaintiff when injured was not an employee of the defendant, and that the Workmen's Compensation Law afforded him no remedy. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

SUPERIOR STEEL DOOR AND TRIM CO., INC., Respondent, v. CAPITOL COACH CORPORATION and SAMUEL DERIN, Appellants.— Order denying defendants' motion for change of venue affirmed, with ten dollars costs and necessary disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

ANNA VERDONE, Respondent, v. JOHN F. CRAWFORD, Appellant.— Order dismissing action for lack of prosecution unless plaintiff restore and try the action during the October, 1929, term modified by striking therefrom the words " unless the plaintiff restores and tries the above-entitled action for the October, 1929, term, and tried when reached," and as so modified affirmed, with ten dollars costs and disbursements to appellant. The facts show unreasonable neglect and the discretion of the trial court was not properly exercised. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

FRANK VERDONE, Respondent, v. JOHN F. CRAWFORD, Appellant.— Order dismissing action for lack of prosecution unless plaintiff restore and try the action during the October, 1929, term modified by striking therefrom the words " unless the plaintiff restores and tries the above-entitled action for the October, 1929, term, and tries when reached," and as so modified affirmed, with ten dollars costs and disbursements to appellant. The facts show unreasonable neglect and the discretion of the trial court was not properly exercised. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

GEORGE WANCA and JOHN CONNELLY, Respondents, v. LIDO REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.